No. 80–5929.  SANDOVAL-CASTANO  v.  UNITED  STATES.
C. A. 2d Cir.  Certiorari denied.

No. 80–5931.  FLOOD  v.  UNITED  STATES.  C. A. 9th Cir.
Certiorari denied.

No. 80–5940.  WALTON  v.  UNITED  STATES.  C. A. 5th Cir.
Certiorari denied.

No. 80–5943.  WILLIS ET AL.  v.  UNITED  STATES.  C. A. 10th
Cir.  Certiorari denied.

No. 80–5946.  GOODMAN  v.  UNITED  STATES.  C. A. 2d Cir.
Certiorari denied.

No. 80–5947.  ALI  v.  GIBSON, COMMISSIONER OF PUBLIC
SAFETY, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 80–270.  PAXMAN ET AL.  v.  HENRICO COUNTY SCHOOL
BOARD ET AL.;
No. 80–451.  ALBEMARLE COUNTY SCHOOL BOARD  v.  PAX-
MAN; and
No. 80–452.  HENRICO COUNTY SCHOOL BOARD  v.  PAXMAN
ET AL.  C. A. 4th Cir.  Certiorari denied.  JUSTICE POWELL
took no part in the consideration or decision of these peti-
tions.  Reported below: 612 F. 2d 848.